IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SUPER TRUCK STOP 35-55, LLC, JAGIR
SINGH, MANJIT SINGH JOHAL, and SANJAY
KUMAR                                                                                                      PLAINTIFFS

VS.                                                                                  CASE NO. 4:15-CV-125-DMB-JMV

NISSI INSURANCE SOLUTIONS, LLC, d/b/a,
HORIZON INSURANCE GROUP, MICHAEL
WELLS, CERTAIN UNDERWRITERS AT
LLOYD'S LONDON SUBSCRIBING TO POLICY
NUMBER LBW522102, NORTHLAND
INSURANCE COMPANY, d/b/a NORTHFIELD
INSURANCE COMPANY AND JOHN DOES 1-10                              DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides that "A motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery **not relevant** to the remand . . . and will stay the parties' obligation to make disclosures pending the court's ruling on the motions." (emphasis added). Plaintiffs filed a Motion to Remand [13] on October 9, 2015.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the Motion to Remand [13]. In addition, the initial Case Management Conference scheduled for November 2, 2015, is hereby stayed pending a ruling on the Motion to Remand [13]. Should the parties desire to undertake jurisdiction related discovery, they should contact the court for scheduling of same. The parties shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to remand and shall submit a proposed order lifting the stay in the event the remand motion is denied.

To the extent any Defendant seeks additional time to file a responsive pleading to Plaintiffs' Amended Complaint [15], a proper motion should be filed with the court.

**SO ORDERED** this, the 14th day of October, 2015.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**